**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA HENDRIX, an Individual; JOHN LANZA, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No: 2:20-cv-01856-RFB-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING JOINT PRETRIAL ORDER**<br>**(First Request)** |

Defendant PROGRESSIVE DIRECT INSURANCE COMPANY and Plaintiff JOHN LANZA, through their respective counsel, submit the following stipulation and order to extend the deadline for filing the joint pretrial order pursuant to LR IA 6-1.  This is the first stipulation for extension of time to file the joint pretrial order.

Because of scheduling challenges associated with an absence from the office due to illness and multiple personal and professional duties which have interfered with and consumed time set aside by Defense counsel to prepare the Joint Pretrial Order, all parties have agreed to extend the time for filing the Joint Pretrial Order by 30 days, subject to this Court's approval. The parties hereby request that the deadline to file the Joint Pretrial Order be extended to May 30, 2023.

///

///

///

///

///

1

This Stipulation is submitted in good faith and is not interposed for purposes of delay. **This is the first request to extend the deadline for filing the Joint Pretrial Order.**

Respectfully submitted,

| | |
|---|---|
| DATED this 24th day of April, 2023 | DATED this 24th day of April, 2023 |
| BARRON & PRUITT, LLP | MOSS BERG INJURY LAWYERS |
| /s/ *William H. Pruitt* | /s/ *Marcus A. Berg* |
| WILLIAM H. PRUITT, ESQ. | MARCUS A. BERG, ESQ. |
| Nevada Bar No. 6783 | Nevada Bar No. 9760 |
| JOSEPH R. MESERVY, ESQ. | JOHN C. FUNK, ESQ. |
| Nevada Bar No. 14088 | Nevada Bar No. 9255 |
| 3890 West Ann Road | 4101 Meadows Lane, Suite 110 |
| North Las Vegas, NV 89031 | Las Vegas, Nevada 89107 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

ORDER

IT IS SO ORDERED.
April 24, 2023

_____
UNITED STATES MAGISTRATE JUDGE