1  **WILLIAM H. PRUITT, ESQ.**
   Nevada Bar No. 6783
2  **JOSEPH R. MESERVY, ESQ.**
   Nevada Bar No. 14088
3  **BARRON & PRUITT, LLP**
   3890 West Ann Road
4  North Las Vegas, Nevada 89031
   Telephone: (702) 870-3940
5  Facsimile:  (702) 870-3950
   E-Mail: bpruitt@lvnvlaw.com
6  *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELINA HENDRIX, an Individual; JOHN LANZA, an Individual,<br><br>Plaintiffs,<br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No: 2:20-cv-01856-RFB-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JOHN LANZA, by and through his attorney of record, Marcus A. Berg, Esq., and John C. Funk, Esq. of Moss Berg Injury Lawyers, and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY (PROGRESSIVE), by and through its attorney, William H. Pruitt, Esq. of the law firm Barron & Pruitt, LLP, that all

///
///
///
///
///
///
///
///
///

1

claims and causes of action of Plaintiff JOHN LANZA against Defendant PROGRESSIVE may be dismissed in their entirety, with prejudice, each party to bear its own costs and fees.

DATED this 12th of July, 2024

BARRON & PRUITT, LLP

 */s/ William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

DATED this 12th of July, 2024

MOSS BERG LINJURY LAWYERS

 */s/ Marcus A. Berg*
MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
5420 West Sahara Ave., Suite 101
Las Vegas, Nevada 89146
*Attorney for Plaintiff*

IT IS SO ORDERED.

**DATED:** July 15, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2